UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexion Pharmaceuticals, Inc.,

                Plaintiff,

-against-

Therapure Biopharma Inc.,

                Defendant.

1:19-cv-08119 (VEC) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, February 25, 2020 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
                January 13, 2020

_____
STEWART D. AARON
United States Magistrate Judge